**Marvin Lidell LOTT, Appellant,**

v.

**Don ROPER, Supt. Mr.; Mike Layden, FUM. Mr.; Timothy Williford, Officer, Charles Wigger, Officer, Appellees.**

**No. 06–3359.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 20, 2007.

Filed: Nov. 28, 2007.

Marvin Lidell Lott, Jefferson City, MO, pro se.

James R. McAdams, Attorney General's Office, Jefferson City, MO, Dana C. Ceresia, Attorney General's Office, St. Louis, MO, for Appellees.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Missouri inmate Marvin Lidell Lott appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action arising from his placement on "meal loaf" status for nine meals under a prison disciplinary policy. Having carefully reviewed the record and considered Lott's arguments, we conclude that the district court properly granted summary judgment and that there is no basis for reversal. *See Johnson v. Hamilton,* 452 F.3d 967, 971–72 (8th Cir.2006) (standard of review).

---

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

Accordingly, we affirm. *See* 8th Cir. R. 47B.